Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

Adrian Gucovschi (SBN 360988)
**GUCOVSCHI LAW FIRM**
140 Broadway, 46th Floor
New York, New York 10005
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

*Counsel for Plaintiff and Putative Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN SOLIDAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EPETAH LLC D/B/A BALMBARE,<br><br>Defendant. | Case No. 25-cv-10792<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Plaintiff Karen Soliday, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. The following list contains the names of all such parties and identifies their connection and interests:

1. Plaintiff Karen Soliday

2. Defendant EPETAH LLC d/b/a Balmbare

3. Frank S. Hedin (counsel for Plaintiff)

4. Adrian Gucovschi (counsel for Plaintiff)

5. Hedin LLP (counsel for Plaintiff)

6. Gucovschi Law Firm (counsel for Plaintiff)

Dated: November 10, 2025                                   Respectfully submitted,

By:   */s/ Frank S. Hedin*
Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

**-and-**

**GUCOVSCHI LAW FIRM, PLLC.**
Adrian Gucovschi (SBN 360988)
140 Broadway, Fl. 46
New York, NY 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

*Attorney for Plaintiff*