**NELSON MULLINS RILEY &**
**SCARBOROUGH LLP**
Jahmy S. Graham (SBN 300880)
jahmy.graham@nelsonmullins.com
Rona Eli (SBN 326093)
rona.eli@nelsonmullins.com
Michael E. Seager (SBN 354564)
michael.seager@nelsonmullins.com
Jennifer Haidar (SBN 337558)
jennifer.haidar@nelsonmullins.com
Two California Plaza, Suite 2200
350 South Grand Avenue
Los Angeles, California 90071
Telephone:  (424) 221-7470
Facsimile:   (279) 202-2017

Attorneys for Defendant
EPETAH LLC D/B/A BALMBARE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KAREN SOLIDAY, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-10792-AH-E |
| | [*Assigned to Honorable Anne Hwang*] |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| EPETAH LLC D/B/A BALMBARE, | |
| Defendant. | |
| | Complaint Filed:  November 10, 2025 |
| | Trial Date:          None |

1      Pursuant to Rule 6 of the Federal Rules of Civil Procedure ("FRCP") and Local

2  Civil Rule 8-3, Plaintiff Karen Soliday ("**Plaintiff**") and Defendant Epetah LLC d/b/a

3  Balmbare ("**Defendant**") (collectively, the "**Parties**"), by and through their

4  respective undersigned counsel, hereby stipulate as follows:

5      **WHEREAS**, Plaintiff filed a Complaint in the Central District of California,

6  Western Division on November 10, 2025, Case No. 2:25-cv-10792-AH-E [*See* ECF

7  No. 1];

8      **WHEREAS**, a summons was issued as to Defendant on November 20, 2025

9  [*See* ECF No. 9];

10     **WHEREAS**, pursuant to Federal Rules of Civil Procedure ("FRCP") Rule

11 4(m), Plaintiff's deadline to complete service was February 9, 2026;

12     **WHEREAS**, Plaintiff served the Complaint on Defendant on December 9,

13 2025;

14     **WHEREAS**, pursuant to FRCP 8(c)(2)(C), Defendant's response to the

15 Complaint is currently due on December 30, 2025;

16     **WHEREAS**, the Parties conferred in good faith and have stipulated to extend

17 Defendant's deadline to respond to Plaintiff's Complaint to January 29, 2026**;**

18     **WHEREAS**, the stipulated extension does not extend the time for Defendant

19 to respond to the Complaint by more than 30 days, and pursuant to L.R. 8-3, the

20 stipulation need not be approved by the Court;

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)

**IT IS HEREBY STIPULATED,** by and between the Parties, through their respective undersigned counsel, that Defendant shall now have up to and including **January 29, 2026** in which to respond to Plaintiff's Complaint.

Dated:  December 19, 2025          NELSON MULLINS RILEY &
                                   SCARBOROUGH LLP


                                   By:     /s/Jennifer M. Haidar_____  _____
                                           Jahmy S. Graham
                                           Rona Eli
                                           Michael E. Seager
                                           Jennifer M. Haidar
                                           Attorneys for Defendant
                                           EPETAH LLC D/B/A BALMBARE


Dated:  December 19, 2025          HEDIN LLP


                                   By:     /s/Frank S. Hedin_____
                                           Frank S. Hedin
                                           Attorneys for Plaintiff
                                           KAREN SOLIDAY

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first-class postage prepaid, to all counsel of record in this matter.

*/s/ Jennifer M. Haidar*
Jennifer M. Haidar