1  **NELSON MULLINS RILEY &**
   **SCARBOROUGH LLP**
2  Jahmy S. Graham (SBN 300880)
   jahmy.graham@nelsonmullins.com
3  Jennifer Haidar (SBN 337558)
   jennifer.haidar@nelsonmullins.com
4  Two California Plaza, Suite 2200
   350 South Grand Avenue
5  Los Angeles, California 90071
   Telephone:  (424) 221-7470
6  Facsimile:   (279) 202-2017

7  Attorneys for Defendant
   EPETAH LLC D/B/A BALMBARE
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KAREN SOLIDAY, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>EPETAH LLC D/B/A BALMBARE,<br><br>            Defendant. | Case No. 2:25-cv-10792-AH-E<br><br>[*Assigned to Honorable Anne Hwang*]<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br><br>Complaint Filed: November 10, 2025<br>Trial Date:        None |

Pursuant to Rule 6 of the Federal Rules of Civil Procedure ("FRCP") and Local Civil Rule 7-1, Plaintiff Karen Soliday ("**Plaintiff**") and Defendant Epetah LLC d/b/a Balmbare ("**Defendant**") (collectively, the "**Parties**"), by and through their respective undersigned counsel, hereby stipulate as follows:

**WHEREAS**, Plaintiff filed a complaint in the Central District of California, Western Division on November 10, 2025, Case No. 2:25-cv-10792-AH-E [*See* ECF No. 1];

**WHEREAS**, a summons was issued as to Defendant on November 20, 2025 [*See* ECF No. 9];

**WHEREAS**, pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 4(m), Plaintiff's deadline to complete service was February 9, 2026;

**WHEREAS**, Plaintiff served the complaint on Defendant on December 9, 2025;

**WHEREAS**, on December 19, 2025, Defendant submitted a stipulation, signed by both Parties, to extend Defendant's time to answer or otherwise respond to the complaint by thirty (30) days [ECF No. 12];

**WHEREAS**, the Parties are actively engaged in good faith settlement discussions regarding potential resolution of this action without the need for continued litigation. Given the potential for an amicable resolution, the Parties believe sufficient good cause exists to warrant a further limited extension of the referenced deadlines. Approving this stipulation will further the goal of judicial efficiency and avoid the unnecessary expenditure of judicial and party resources;

**WHEREAS**, to afford the Parties additional time to engage in further discussions, the Parties have agreed to extend the time for Defendant to answer or otherwise respond to Plaintiff's complaint by an additional thirty (30) days, from January 29, 2026, to March 2, 2026;

**WHEREAS**, this stipulation does not constitute a waiver of any claim, right, or defense by either party;

1

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

**WHEREAS**, extending the deadline for Defendant to answer or otherwise respond to the complaint, as requested, will not prejudice any parties to this action;

**WHEREAS**, this is the second stipulation by the parties regarding an extension of time for Defendant to respond to the complaint; and

**WHEREAS**, except for Defendant's deadline to answer or otherwise respond to Plaintiff's complaint, this stipulation will not affect any other dates set in this case as no other pretrial or trial dates have been established.

Therefore, **IT IS HEREBY STIPULATED,** by and between the Parties, through their respective undersigned counsel, that Defendant shall now have up to, and including, **March 2, 2026** in which to respond to Plaintiff's complaint.

Dated: January 22, 2026     By:   */s/ Jahmy S. Graham*
Jahmy S. Graham
Jennifer M. Haidar
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Two California Plaza, Suite 2200
350 South Grand Avenue
Los Angeles, California 90071

*Attorneys for Defendant EPETAH LLC D/B/A BALMBARE*

Dated:  January 22, 2026     By:   */s/ Adrian Gucovschi*
Adrian Gucovschi
GUCOVSCHI LAW FIRM PLLC
140 Broadway, Fl. 46
New York, NY 10005

Frank S. Hedin
HEDIN LLP
1395 Brickell Ave., Suite 610
Miami, FL 33131-3302

*Attorneys for Plaintiff KAREN SOLIDAY*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first-class postage prepaid, to all counsel of record in this matter.

                                                 */s/ Jahmy S. Graham*
                                                 Jahmy S. Graham