1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11   KAREN SOLIDAY, individually and on behalf of all others similarly situated,        Case No. 2:25-cv-10792-AH-E

12                          Plaintiff,        [*Assigned to Honorable Anne Hwang*]

13          v.        **[PROPOSED] ORDER APPROVING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

14   EPETAH LLC D/B/A BALMBARE,

15                          Defendant.

16        Complaint Filed:    November 10, 2025
          Trial Date:         None
17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Having considered the Parties' Second Stipulation to Extend Time to Respond to Initial Complaint, and GOOD CAUSE APPEARING, the Court hereby ORDERS as follows:

1.  The Parties' Stipulation is approved; and

2.  Defendant shall now have up to, and including, March 2, 2026 in which to respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: _____        _____
                                    Hon. Anne Hwang

[PROPOSED] ORDER APPROVING SECOND STIPULATION TO
EXTEND TIME TO RESPOND TO INITIAL COMPLAINT