Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

Adrian Gucovschi (State Bar No. 360988)
**GUCOVSCHI LAW FIRM**
140 Broadway, 46th Floor
New York, New York 10005
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SOLIDAY, individually and on behalf of all others similarly situated, | Case No.: 2:25-cv-10792-AH-E |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| EPETAH LLC D/B/A BALMBARE, | |
| Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Karen Soliday, by and through her undersigned counsel of record, hereby dismisses her claims against Defendant Epetah LLC d/b/a Balmbare with prejudice.

Dated: March 2, 2026                         Respectfully submitted,

                              By:    /s/ Adrian Gucovschi
                                     Adrian Gucovschi (SBN 360988)

                              **GUCOVSCHI LAW FIRM, PLLC.**
                              140 Broadway, 46th Floor
                              New York, NY 10005
                              Telephone: (212) 884-4230
                              Facsimile: (212) 884-4230
                              E-Mail: adrian@gucovschilaw.com

                              **-and-**

                              **HEDIN LLP**
                              Frank S. Hedin (SBN 291289)
                              1395 Brickell Ave., Suite 610
                              Miami, Florida 33131-3302
                              Telephone: (305) 357-2107
                              Facsimile: (305) 200-8801
                              E-Mail: fhedin@hedinllp.com

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE