UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 25-10792-AH(Ex)** | | Date | March 5, 2026 |
|---|---|---|---|---|
| Title | Karen Soliday et al av. Epetah LLC et al | | | **JS-6** |

Present: The Honorable    ANNE HWANG, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

Proceedings:          **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

In light of the Notice of voluntary dismissal [16], the Court hereby closes this case.

All pending hearings and motions are now taken off calendar and vacated.

IT IS SO ORDERED.

cc: all parties

CV-90 (12/02)                     **CIVIL MINUTES - GENERAL**

00   :

Initials of Deputy Clerk   YS